UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 5:21-CR-53-KKC-EBA       At Lexington       Date November 25, 2024

USA vs. Brandon M. Fleming       x present   x custody   __ bond   __ OR   Age ___

PRESENT:  HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | Lauren Gootee | None | Cynthia T. Rieker |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant  Patrick F. Nash       x present     __ retained     x appointed

PROCEEDINGS: **ALLOCUTION AND SENTENCING ON SUPERVISED RELEASE VIOLATIONS**

Parties appeared as noted. United States Probation Officer Kristen O'Brien also was present. The Court heard statements of counsel and the defendant allocated.

The Court, being sufficient advised, ORDERED AS FOLLOWS:

1. The Court ADOPTS and MODIFIES the Recommended Disposition (DE #43). The Court GRANTS the oral motion to dismiss Violation No. 3, without prejudice.

2. The Court REVOKES the defendant's supervised release. A separate Revocation Judgment will be issued. The Court ADOPTS the recommended sentence of 18 months imprisonment, with the modification that no term of supervised release will be imposed.

3. The Court orally advised the defendant of his appellate rights.

4. The defendant is remanded to the custody of the United States Marshal Service.


Copies: COR, USP, USM
Initials of Deputy Clerk  gld
TIC: 16 min